**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6614**

LOIS YANKAH,

Plaintiff - Appellant,

v.

SGT. MOORE, Sergeant; SGT. RONEY, Sergeant; SGT. NICKLEBERRY, Sergeant; LT. PETERSON, Lieutenant; SGT. JONES, Sergeant; SGT. THOMAS, Officer; OFFICER PEGRAM, Officer; OFFICER WILKINS, Officer; OFFICER MCCLOUD, Officer; SERGEANT SPRATLEY, Sergeant; SERGEANT KING, Sergeant; SERGEANT LOVING, Sergeant; LIEUTENANT WYCHE, Lieutenant; LIEUTENANT COL. MINTON, Assistant Superintendent; OFFICER COPELAND, Pod Officer; OFFICER MCKLIN, Pod Officer; OFFICER BEACH, Pod Officer; OFFICER BARBOUR, Pod Officer; OFFICER RICHARD ROE, Officer,

Defendants - Appellees,

and

OFFICER SEWARD; CAPTAIN MACK, Captain; MAJOR FLIPPIN, Major; OFFICER MACKLIN, Officer,

Defendants.

**No. 21-6451**

LOIS YANKAH,

Plaintiff - Appellant,

v.

SGT MOORE, Sergeant; SGT RONEY, Sergeant; SGT NICKLEBERRY, Sergeant; LT PETERSON, Lieutenant; SGT JONES, Sergeant; OFFICER RICHARD ROE, Officer; SGT THOMAS, Officer; OFFICER PEGRAM, Officer; OFFICER WILKINS, Officer; OFFICER MCCLOUD, Officer; SERGEANT SPRATLEY, Sergeant; SERGEANT KING, Sergeant; SERGEANT LOVING, Sergeant; LIEUTENANT WYCHE, Lieutenant; LIEUTENANT COL. MINTON, Assistant Superintendent; OFFICER COPELAND, Pod Officer; OFFICER MCKLIN, Pod Officer; OFFICER BEACH, Pod Officer,

Defendants - Appellees,

and

OFFICER SEWARD, Booking Officer; CAPTAIN MACK, Captain; MAJOR FLIPPIN, Major; OFFICER MACKLIN, Officer,

Defendants.

_____

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:18-cv-00177-MSD-DEM)

_____

Submitted:  September 15, 2021                    Decided:  September 29, 2021

_____

Before NIEMEYER and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

No. 20-6614, affirmed; No. 21-6451, dismissed by unpublished per curiam opinion.

_____

Lois A. Yankah, Appellant Pro Se.  Michael Gordon Matheson, John P. O'Herron, THOMPSON MCMULLAN PC, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Lois Yankah appeals orders entered in her 42 U.S.C. § 1983 proceeding. For the reasons that follow, in Appeal No. 20-6614, we affirm, and we dismiss Appeal No. 21-6451.

In Appeal No. 20-6614, Yankah appeals the district court's orders dismissing her 42 U.S.C. § 1983 action as a sanction for misconduct in litigation and denying her Fed. R. Civ. P. 59(e) motion to alter or amend the judgment. We have reviewed the record and find the district court did not abuse its discretion. Accordingly, we affirm. *Yankah v. Sergeant Moore*, No. 2:18-cv-00177-MSD-DEM (E.D. Va. Apr. 2, 2020).

In Appeal No. 21-6451, Yankah seeks to appeal the order denying her Fed. R. Civ. P. 60(b) motion. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on February 19, 2021 and any notice of appeal was due on March 22, 2021. Yankah filed the notice of appeal on March 23, 2021. Because Yankah failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*APPEAL NO. 20-6614, AFFIRMED;*
*APPEAL NO. 21-6451, DISMISSED*